IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Mike Silva,

              Petitioner,

v.

United States of America,

              Respondent.

Case No. 2:21-cv-4583
Crim. No. 2:19-cr-91
Judge Graham
Magistrate Judge Vascura

## Order

This matter is before the Court on the magistrate judge's November 17, 2021 Report and Recommendation. No objections have been filed. Upon review of the Report and Recommendation, the Court adopts it in its entirety and hereby denies the motion to vacate (doc. 48 in 2:19-cr-91) and dismisses this action (2:21-cv-4583) with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

                                                     s/ James L. Graham
                                                     JAMES L. GRAHAM
                                                     United States District Judge

DATE: December 22, 2021